IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11204
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRYLE GOULD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:95-CR-15-2
- - - - - - - - - -
April 16, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Darryle Gould appeals from his sentence for conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a) and 846. Gould's sole contention on appeal is that he received ineffective assistance of counsel at sentencing. As Gould's ineffective-assistance claim was not raised in the district court, Gould's claim is not ripe for review on direct

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appeal.  United States v. Gibson, 55 F.3d 173, 179 (5th Cir. 1995).  Gould's appeal is DISMISSED.  See 5th Cir. R. 42.2.